## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

ABC Business Forms, Inc.
          Plaintiff,

v.                Case No.: 1:11−cv−05093
                Honorable Edmond E. Chang

Specified Plating Co., et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 19, 2012:

  MINUTE entry before Honorable Edmond E. Chang: Status hearing held. Counsel reported that the parties have reached a settlement. Status hearing set for 1/31/12 at 8:30 a.m., with no appearance required if a stipulated dismissal is filed before that date.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.